## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 12- 8 7 - UNA |
| | ) | |
| DEVONTRE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about September 5, 2012, in the State and District of Delaware, Devontre Taylor, defendant herein, did knowingly possess in and affecting interstate commerce, firearms, to wit, 1) a Colt Frontier Scout .22 caliber revolver, bearing serial number 88961F, and 2) a Colt Detective Special .38 caliber revolver, bearing serial number 753229, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about September 5, 2012, in the State and District of Delaware, Devontre Taylor, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about September 5, 2012, in the State and District of Delaware, Devontre Taylor, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Information, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, to wit, 1) a Colt Frontier Scout .22 caliber revolver, bearing serial number 88961F, 2) a Colt Detective Special .38 caliber revolver, bearing serial number 753229, and 3) six rounds of ammunition.

CHARLES M. OBERLY, III
United States Attorney

BY:      _Michelle E. Whalen_

Michelle E. Whalen
Special Assistant United States Attorney

Dated: 11/5/12

2