PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Delaware

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Devontre Taylor

Case Number: 0311 1:12CR00087-001

Name of Sentencing Judicial Officer: Honorable Sue L. Robinson

Name of Reassigned Judicial Officer: Honorable Richard G. Andrews

Date of Original Sentence: 05/22/2013

Date of Reassignment: 02/02/2018

Original Offense:

Possession of a firearm by a person convicted of a crime punishable by more than one year

Possession with the intent to distribute cocaine base

Possession with the intent to distribute heroin

Type of Supervision: TSR

Date Supervision Commenced: 01/13/2017

Assistant U.S. Attorney: Michelle Emma Whalen, Esquire

Defense Attorney: Edson A. Bostic, Esquire

## PETITIONING THE COURT

☐ To issue a warrant

■ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Mandatory Condition: The defendant shall not commit another federal, state or local crime.**<br><br>According to the Affidavit of Probable Cause, on September 12, 2017, The Governor's Task Force was performing a proactive patrol in the area of Canby Shopping Center located at 1900 Maryland Avenue in Wilmington. During the course of their patrol, a probation officer observed what appeared to be a transaction between Latrell Barbary and the defendant. Mr. Barbary was the rear seat passenger of a 2005 Chrysler Pacifica, and the defendant was driving a 2008 Chevrolet Impala. After the vehicles left the area, the 2005 Chrysler Pacifica was stopped for a traffic violation, and an officer made contact with the owner of the vehicle, Adrian Figgs, a second unidentified female, and Mr. Barbary. Mr. Barbary was arrested for an outstanding capias. |

PROB 12C
(12/04)

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| [+]<br>[-] | | During the pat down search of Mr. Barbary, the officer located seven bags of heroin and a small bag of marijuana. While speaking with one of the vehicle's occupants, it was reported that they had just stopped at Canby Shopping Center to meet with the defendant for the purpose of purchasing heroin. A subsequent search of the vehicle resulted in the recovery of 17 additional bundles of heroin (221 bags) ink stamped "Super Star" for a total combined weight of 1.596 grams.<br><br>The defendant was also followed after the transaction, and stopped for a traffic violation. During the traffic stop, an officer observed drug paraphernalia in plain view. The defendant was also driving with a suspended license. A search of the Chevrolet Impala produced $650, and an additional $211 was found in the defendant's right front pant pocket. The officer noted that the currency was not in large denominations but in denominations that were consistent with drug dealing. During the course of the traffic stop and after being questioned about the meeting at Canby Shopping Center, the defendant spontaneously stated, "I was just selling it for a friend."<br><br>The defendant appeared in Justice of The Peace Court 20 and was charged with manufactures, delivers or possession with intent to distribute a counterfeit controlled substance and possesses a controlled substance in a Tier I quantity. He was released on $5,000 unsecured bond. On March 13, 2018, the defendant appeared in New Castle County Superior Court and pled guilty to drug dealing, a C felony. Sentencing in this matter has not been scheduled. |
| ☐<br>☐ | Two | **Standard Condition #7:** **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br><br>The defendant tested positive for oxycodone on July 12, 2017, September 18, 2017, and March 16, 2018. He also tested positive for cocaine on July 12, 2017, and February 22, 2018. |
| ☐<br>☐ | Three | **Standard Condition #5:** **The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons:**<br><br>The defendant has not been employed or enrolled in a training program since he stopped attending the Peers Mentoring Center in December 2017. |

PROB 12C
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/17/2018

Reviewed by: _____

_____
U.S. Probation Officer

## THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ **The issuance of a summons**

☐ Other

_____
Signature of Judicial Officer

April 19, 2018
Date