IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 12-87-RGA |
| | : | |
| DEVONTRE TAYLOR, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF VIOLATION OF SUPERVISED RELEASE HEARING**

The Defendant, Devontre Taylor, through undersigned counsel, Eleni Kousoulis, Assistant
Federal Public Defender for the District of Delaware, hereby moves this Honorable Court for an
Order continuing the Violation of Supervised Release Hearing in this case.

In support of this motion, Defendant submits as follows:

1.      A Violation of Supervised Release Hearing in this matter is currently scheduled for
July 30, 2018 at 10:00 a.m.

2.      Mr. Taylor is presently awaiting sentencing in state court in Delaware on a drug case
that is the subject of one of his violations of his federal supervision.  Mr. Taylor is presently out of
custody.  Mr. Taylor's sentencing in his state court matter was originally scheduled for June 29,
2018. However, on June 17, 2018, Mr. Taylor was involved in a serious motor vehicle accident
where he sustained injuries to his cervical, thoracic and lumbar spine, and experienced headaches
and constant neck and back pain as a result.  In light of the fact that Mr. Taylor was receiving
ongoing treatment for these injuries, the sentencing in his state case was continued to August 24,
2018.  Defense counsel has spoken to Mr. Taylor's counsel in his state case and was informed that

it is expected that Mr. Taylor will receive a period of incarceration on his state case and that he will

be taken into state custody immediately following his state sentencing.

      3.     Defense counsel would like to have Mr. Taylor sentenced in his state case prior to

moving forward with his federal violation of supervised release hearing in the present case.  Since

the state drug case for which Mr. Taylor is awaiting sentencing forms the basis for one of his

violations of his federal supervised release, Defense counsel would like the benefit of knowing what

sentence Mr. Taylor receives in his state case prior to moving forward on his federal violation of

supervised release.  It is also expected that Mr. Taylor will be sentenced to some period of

incarceration on his federal violation of supervised release.  If Mr. Taylor moves forward on his

federal case prior to his state case, and is taken into federal custody following his violation of

supervised hearing, it is unlikely the state of Delaware will writ him into state court to be sentenced

on his state court matter.  As a result, Mr. Taylor will have to complete whatever sentence this Court

sentences him to on his violation, before being sent back to the state of Delaware to be sentenced in

his state case.  If Mr. Taylor is sent to federal prison with an open state case, that open state case will

act as a detainer, and will effect Mr. Taylor's classification with the Federal Bureau of Prison

(B.O.P) system, his ability to take advantage of certain programs within the B.O.P., and effect his

ability to be released to a halfway house for re-integration back into society once he completes his

federal sentence.

      4.     In light of the forgoing, Defense counsel  respectfully requests that the Violation of

Supervised Release Hearing be continued until after Mr. Taylor's August 24, 2108 sentencing in his

state case.

5.      Counsel for the government, Assistant United States Attorney Jennifer K. Welsh, and U.S. Probation Officer Butch Williams have no objection to the instant motion.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the Violation of Supervised Release Hearing in this matter be continued until after August 24, 2018.[1]

Respectfully submitted,

EDSON A. BOSTIC
Federal Public Defender

Dated:  July 20, 2018                 By:      /s/ *Eleni Kousoulis*
                                               ELENI KOUSOULIS, ESQUIRE
                                               Assistant Federal Public Defender
                                               800 King Street, Suite 200
                                               Wilmington, DE  19801
                                               302-573-6010
                                               de_ecf@fd.org

                                               Attorney for Devontre Taylor

---

[1]Defense counsel will be out of the office September 10 through September 12, 2018, and is scheduled to start a three day jury trial in another matter on September 13, 2018.  It is respectfully requested, if the Court's calendar permits, that Mr. Taylor's Violation of Supervised Release Hearing be re-scheduled for a date between August 28 and September 7, 2018.  It is Defense's counsel's understanding that should Mr. Taylor be taken into state custody at the time of his state sentencing, that the Government will be able to writ Mr. Taylor into federal court for his violation of supervised hearing in the instant matter.